WMN
F#2009R00518

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK        **M09-1250**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                **FILED UNDER SEAL**
                                        C O M P L A I N T

    - against -                         (18 U.S.C. § 2320)

YOUNES EL SALEH,

            Defendant.

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

GEORGE R. KELLER, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

Upon information and belief, in or about and between September 2009 and December 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant YOUNES EL SALEH, together with others, did knowingly and intentionally traffic in goods and knowingly used a counterfeit mark on or in connection with such goods.

(Title 18, United States Code, Section 2320)

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1]  Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.      I have been a Special Agent with the FBI for almost two years.  Prior to joining the FBI, I worked as a New York City Police Department ("NYPD") patrolman and sergeant for approximately 10 years.  During my tenure with the FBI and NYPD, I have participated in numerous counterfeit clothing investigations, among others, during the course of which I have (a) conducted surveillance of individuals engaged in counterfeit clothing trafficking and money laundering; (b) executed search warrants at locations where counterfeit clothing, illegal proceeds and records of counterfeit clothing and money laundering transactions have been found; (c) reviewed and analyzed numerous taped conversations and records; and (d) debriefed cooperating witnesses.  In particular, during my tenure with NYPD, I participated in numerous counterfeit merchandise investigations and in fact was specially trained for such investigations.  My information in this case comes from a review of records, meetings with other law enforcement officers, including members of the NYPD, and my direct participation in the investigation.

2.      On or about October 29, 2009, the NYPD executed a judicially-authorized search of a warehouse located in Queens, New York, specifically 41-31 24th Street in Long Island City.  The warrant, issued by a New York State judge, authorized the NYPD to search for and seize counterfeit clothing, as well as other evidence of counterfeit trafficking.  Counterfeit clothing

2

worth over $1 million, account ledgers and other documents were seized during that search.

3. A review of utility records for that Queens address shows that the bills are registered to "Samar Clothing," with an associated telephone number of 917-528-6603. Sprint Nextel records show that the 917 telephone number is registered to YOUNES EL SALEH, who New York State business records show is also the owner of Samar Clothing Corporation, located at 1149 Broadway in Manhattan.

4. Notably, YOUNES EL SALEH was previously arrested by the NYPD in 1993 and had pled guilty to trademark counterfeiting.

5. I have conducted surveillance of 1149 Broadway and observed a sign for "Master Clothing" at that location. I have also obtained a photograph of YOUNES EL SALEH from the New Jersey State Department of Motor Vehicles and confirmed that YOUNES EL SALEH does in fact work at Master Clothing, which has the same address as Samar Clothing.

6. In the second half of 2009, law enforcement officers met with a cooperating witness ("CW") who had pled guilty to trafficking in counterfeit clothing, was cooperating in the hopes of getting a more lenient sentence, and had provided information in the past that proved reliable. Corroborating my beliefs based on the search of the Queens warehouse and the

records tying YOUNES EL SALEH to that location, CW stated, in sum and in substance, that YOUNES EL SALEH was presently involved in the trafficking of counterfeit clothing.

WHEREFORE, your deponent respectfully requests that the defendant YOUNES EL SALEH be dealt with according to law.

GEORGE R. KELLER
Special Agent,
Federal Bureau of Investigation

Sworn to before me this
18th Day of December, 2009

UNITED .        s/ Orenstein        DGE
EASTERN

CW further stated, in sum and substance, that he/she had sold counterfeit goods to YOUNES EL SALEH within the past 6 months and that, at the time of the sale, CW and YOUNES EL SALEH discussed the fact that the goods were counterfeit. This conversation was recorded by CW at the direction of the FBI.

4